

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00793-CV

Samantha **DELGADO**,
Appellant

v.

James B. **GIBSON**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV08894
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Adrian A. Spears II, Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: September 24, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on August 14, 2025, but appellant failed to file her brief or a motion for extension of time by the due date. On August 20, 2025, we issued an order informing appellant that her brief was overdue and directing her to file her brief and a written response on or before September 5, 2025. We warned appellant that if her brief and the response were not filed by that date, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an

appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order). Appellant failed to file her brief or the response. We, therefore, dismiss this appeal for want of prosecution.

PER CURIAM